# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Elias Gipp, et al.,           )<br>                               )<br>     Plaintiff,               )     **ORDER**<br>                               )<br>vs.                            )<br>                               )<br>Raymond Webb, et al.,          )     Case No. 1:19-cv-213<br>                               )<br>     Defendant.               ) | |

On March 23, 2020, the parties filed a joint motion requesting a one-week stay of all deadlines while they conferred on how to proceed with potential motions, responsive pleadings, and possible discovery in light of the current COVID-19 pandemic. (Doc. No. 13).

On March 24, 2020, the court granted the motion and stayed all deadlines in this case pending further order. (Doc. No. 14). Approximately three months have now passed. Accordingly, the parties shall file by July 31, 2020, a very brief report on the status of their discussions and how they wish to proceed.

**IT IS SO ORDERED.**

Dated this 30th day of June, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court