# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| ELIAS GIPP, ET AL., ) | |
| ) | **ORDER FOR MID-DISCOVERY** |
| Plaintiff, ) | **STATUS CONFERENCE** |
| ) | |
| vs. ) | |
| ) | |
| RAYMOND WEBB, ET AL., ) | |
| ) | Case No. 1:19-cv-213-DMT-CRH |
| Defendant. ) | |

**IT IS ORDERED:**

A mid-discovery status conference will be held before the magistrate judge on December 17, 2021, at 10:00 AM. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Parties are advised that telephone conferences may be electronically recorded for the convenience of the Court.

Dated this 12th day of July, 2021.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court