IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| ELIAS GIPP, SG 1(minor), and SG 2 (minor), through CORRINE KOPP, their Natural and/or Legal Guardian,<br><br>Plaintiffs,<br><br>vs.<br><br>RAYMOND WEBB AND UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 1:19-cv-00213 DLH-CRH<br><br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF *BIVENS* CLAIMS** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of Count I (*Bivens* action) of the Second Amended Complaint (Doc. 24) against Defendant Raymond Webb without prejudice and without an adjudication on the merits. Each party shall bear their own costs, disbursements, and attorney fees.

1

Dated: July 7, 2023               **CONLIN LAW FIRM, LLC**

*/s/ Taylor Brandt Cunningham*
TAYLOR BRANDT CUNNINGHAM, 9377
THOMAS J. CONLIN, 6023
STACY DEERY STENNES, 7228
600 Highway 169 South, Suite 1650
Minneapolis, MN 55426
Telephone: (952) 252-0490
Facsimile: (952) 252-0489
Email: CLF@conlinlawfirm.com

**MARTENS, PLLC**

James W. Martens, 06495
201 Slate Drive, Ste. 2
Bismarck, North Dakota 58503
Telephone: (701) 223-2000
Email: jwmartens@martenspllc.com

*Attorneys for Plaintiffs*

Dated: July 7, 2023               **MAC SCHNEIDER**
United States Attorney

*/s/ James Patrick Thomas*
JAMES PATRICK THOMAS
Assistant United States Attorney
ND Bar ID 06014

SARAH E. WALL
Assistant United States Attorney
ND Bar ID 07822
P.O. Box 699
Bismarck, ND 58502-0699
(701) 530-2420
james.p.thomas@usdoj.gov
sarah.wall@usdoj.gov

*Attorneys for United States of America*

Dated: July 7, 2023

**BRIAN M. BOYNTON**
Principal Deputy Assistant Attorney General
Civil Division

**C. SALVATORE D'ALESSIO, JR.**
Director, Torts Branch
Civil Division

**RICHARD MONTAGUE**
Senior Trial Counsel, Torts Branch
Civil Division

<u>/s/ Siegmund F. Fuchs</u>
SIEGMUND F. FUCHS
District of Columbia Bar No. 986828
Senior Trial Attorney
JOSEPH A. GONZALEZ
District of Columbia Bar No. 995057
Trial Attorney
Torts Branch, Civil Division
U.S. DEPARTMENT OF JUSTICE
Ben Franklin Station
P.O. Box 7146
Washington, D.C. 20044-7146
(202) 616-4322 (phone)
siegmund.f.fuchs@usdoj.gov
joseph.a.gonzalez@usdoj.gov

***Attorneys for Defendant Raymond Webb***