IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

---

| | |
|---|---|
| ELIAS GIPP, SG 1(minor), and SG 2 (minor), through CORRINE KOPP, their Natural and/or Legal Guardian, | Case No. 1:19-cv-00213 |
| Plaintiffs, | |
| vs. | **PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| UNITED STATES OF AMERICA, | **(CHALLENGING CONSTITUTIONALITY OF** |
| Defendant. | **N.D.C.C. § 29-06-13)** |

---

Plaintiffs hereby move this Court for an order granting partial summary judgment on the grounds that N.D.C.C. § 29-06-13 is unconstitutional as applied. This motion is supported by *Plaintiffs' Memorandum of Law in Support of Motion for Partial Summary* judgment and the exhibits cited therein.

Dated: September 6, 2023          **CONLIN LAW FIRM, LLC**

*/s/ Taylor B. Cunningham*
Taylor B. Cunningham, 9377
Thomas J. Conlin, 6023
Stacy Deery Stennes, 7228
600 Highway 169 South, Suite 1650
Minneapolis, MN 55426
Telephone: (952) 252-0490
Facsimile: (952) 252-0489
Email: CLF@conlinlawfirm.com