IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| ELIAS GIPP, SG 1 (minor), and SG 2 (minor), through CORRINE KOPP, their Natural and/or Legal Guardian,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Defendant. | Case No. 1:19-cv-00213 DLH-CRH<br><br>**EXPEDITED PLAINTIFFS' MOTION TO SEAL CERTAIN DOCUMENTS** |

Plaintiffs move to seal—at least temporarily—certain documents filed yesterday in support of Plaintiff's Motion for Partial Summary Judgment. (Doc. 119). The documents Plaintiffs seek to seal are expert reports (Docs. 120-3 [Stoughton Report], 120-4 [Desmoulin Report], and 120-5 [Bennett Report]) that *reference* documents that Defendant United States has sought to file under seal (or that are already under seal). (Doc. 113). That motion for leave—which Plaintiffs oppose (Doc. 115)—is pending a decision.[1]

Today, counsel for the United States emailed the undersigned asking that we move for the documents to be sealed pending a ruling by this Court on the United States' motion to seal.[2] Plaintiffs are honoring that request by filing this motion.

---

[1] Yesterday, Plaintiffs did not file documents the United States is seeking to seal, pending a decision on that motion. *See* Cunningham Letter to Judge Traynor, dated Sept. 7, 2023, emailed to chambers (copying all counsel).

[2] The United States does not oppose Plaintiffs' Memorandum of Law being filed publicly.

1

Accordingly, at the United State's request, Plaintiffs move this Court to seal Documents **120-3** [Stoughton Report], **120-4** [Desmoulin Report], and **120-5** [Bennett Report]) pending a decision on the United States' motion to seal (*See* Doc. 113). The undersigned apologizes to the Court for the inconvenience.

| | |
|---|---|
| Dated: September 7, 2023 | **CONLIN LAW FIRM, LLC** |
| | */s/ Taylor B. Cunningham* |
| | Taylor B. Cunningham, 9377 |
| | Thomas J. Conlin, 6023 |
| | Stacy Deery Stennes, 7228 |
| | 600 Highway 169 South, Suite 1650 |
| | Minneapolis, MN 55426 |
| | Telephone: (952) 252-0490 |
| | Facsimile: (952) 252-0489 |
| | Email: CLF@conlinlawfirm.com |
| | |
| | **MARTENS, PLLC** |
| | |
| | James W. Martens, 06495 |
| | 201 Slate Drive, Ste. 2 |
| | Bismarck, North Dakota 58503 |
| | Telephone: (701) 223-2000 |
| | Email: jwmartens@martenspllc.com |
| | |
| | **ATTORNEYS FOR PLAINTIFFS** |