IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Elias Gipp, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Raymond Webb and United States of America, | ) | Case No. 1:19-cv-213 |
| | ) | |
| Defendants. | ) | |

Judge Traynor issued on October 12, 2022, requiring the parties to participate in a court-hosted settlement conference by July 31, 2023. (Doc. No. 79). Consequently, a settlement conference was scheduled July 28, 2023, at 9:00 AM before the undersigned. (Doc. No. 82). The settlement conference was later moved to December 5, 2023. (Doc. No. 106).

On November 13, 2023, the United States filed a "Motion to Terminate Court-Hosted Settlement Conference." (Doc. No. 137). It does not believe that a court-hosted settlement conference would a productive or wise use of everyone's resources given the parties' recent discussions and the present posture of this case. Consequently, it requests that settlement conference be terminated. Plaintiffs have since filed a response, advising that they do not oppose the United States' motion. (Doc. No. 138)

The court **GRANTS** the United States' motion. (Doc. No. 137). The settlement conference scheduled for December 5, 2023, is cancelled. It shall be rescheduled as necessary at a later date.

**IT IS SO ORDERED.**

Dated this 15th day of November, 2023.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court