Local AO 450 (rev. 1/23)

# United States District Court
### *District of North Dakota*

Elias Gipp, et al.,

       Plaintiffs,

       JUDGMENT IN A CIVIL CASE

v.

Raymond Webb and United States of America,    Case No.   1:19-cv-213

       Defendants.

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

For the reasons set forth above, the Court GRANTS the United States Motion for Summary Judgment (Doc. No. 117) regarding Officer Webb's use of taser being objectively reasonable, and that it was objectively reasonable for Officer Webb to use deadly force; Plaintiff's Motion for Partial Summary Judgment (Doc. No. 119) is DENIED; Plaintiffs request for a hearing regarding the summary judgment motions (Doc. No. 127) is hereby MOOT. The three pending nondispositive motions filed by the United States (Doc. Nos. 126; 140; 142) are hereby MOOT.

Date: January 25, 2024

KARI M. KNUDSON, CLERK OF COURT

by: */s/ Janelle Brunner, Deputy Clerk*